IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WILLIE BANKS**                                                                **PLAINTIFF**

v.                              No. 2:23-cv-83-DPM

**COREY BRADLEY; COREY BRADLEY
ENTERPRISE, LLC and GEICO CHOICE
INSURANCE COMPANY**                                            **DEFENDANTS**

**JUDGMENT**

Banks's complaint is dismissed with prejudice. The Court retains jurisdiction until 22 March 2024 to enforce the parties' settlement agreement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 February 2024